**GENERAL TECHNOLOGY
APPLICATIONS, INC.,
Plaintiff–Appellee,**

v.

**CONOCO, INC. and Conoco Specialty
Products, Inc., Defendants–
Appellants.**

**General Technology Applications,
Inc. Plaintiff–Appellant,**

v.

**Conoco, Inc. and Conoco Specialty
Products, Inc., Defendants–
Appellees.**

No. 00–1397, 00–1541.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2001.

### ORDER

DYK, Circuit Judge.

General Technology Applications, Inc.
(GTA) moves to voluntarily dismiss its appeal 00–1541. Conoco, Inc. and Conoco
Specialty Products do not oppose on the
condition that Conoco's reply brief in 00–
1397 is due January 8, 2001.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) GTA's motion to voluntarily dismiss
its appeal 00–1541 is granted. Conoco's
reply brief in 00–1397 is due January 8,
2001.

(2) Each side shall bear its own costs.

(3) The revised official caption for 00–
1397 is reflected above.